IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ARTHUR HILLYER,<br>and PAT HILLYER,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, INC.,<br><br>    Defendant. | Civil File No. 10-CV-00131<br><br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Arthur Hillyer and Pat Hillyer, and the defendant, Allied Interstate, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

                                                              Respectfully submitted,

Dated: Sept. 7, 2010                By  /s/J. Mark Meinhardt
                                                            J. Mark Meinhardt, #53501
                                                            4707 College Boulevard, Suite 100
                                                            Leawood, KS 66211
                                                            (913) 451-9797
                                                           (913) 451-6163 (fax)
                                                           ATTORNEY FOR PLAINTIFF

Dated: Sept. 7, 2010                By  /s/Louis L. Wade
                                                             Mikki L. Copeland, #58969
                                                           Louis J. Wade, #29034
                                                           The Skelly Building, Suite 350
                                                           605 West 47th Street
                                                           Kansas City, MO 64112-1905
                                                           (816) 960-7323
                                                           (816) 753-9996 (fax)
                                                           ATTORNEY FOR DEFENDANT