IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| ARTHUR HILLYER and PAT HILLYER, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 10-00131-CV-W-DW |
| ALLIED INTERSTATE, INC., | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

SO ORDERED.

Date: September 10, 2010

/s/ Dean Whipple
Dean Whipple
United States District Judge